438 F.2d 130
 Mrs. Dorothy BYRNES, wife of/and Francis L. Byrnes, Plaintiffs-Appellants,
v.
James W. BOSTICK, Jr., et al., Defendants-Appellees.
 No. 30356 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 February 9, 1971.
 
 Appeal from the United States for the Eastern District of Louisiana; Frederick J. R. Heebe, District Judge.
 Mrs. Dorothy Byrnes, pro se.
 Francis L. Byrnes, pro se.
 H. F. Foster, III, Robert N. Ryan, New Orleans, La., for defendants-appellees.
 Before BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966